# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MARCO DANE ACOFF,** ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:10-cv-00381-WMA-JEO |
| ) | |
| **BILLY MITCHEM, et al.,** ) | |
| ) | |
|    Defendants. ) | |

## MEMORANDUM OPINION

The petitioner, Marco Dane Acoff, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). The respondents filed a response to this court's order to show cause why the relief should not be granted. (Doc. 8). On August 29, 2011, the respondents filed a motion to dismiss the petition as being moot due to the fact that the petitioner has been released from the custody of the Alabama Department of Corrections. (Doc. 16-1).

Premised on the foregoing, the respondents' motion to dismiss as moot is due to be granted. Acoff's petition for a writ of habeas corpus is due to be dismissed as moot. An appropriate order will be entered.

**DONE** and **ORDERED** this 30th day of August, 2011.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE